

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-12-00435-CV

| | | |
|---|---|---|
| D.R. Horton-Texas, Ltd. | § | From the 153rd District Court |
| | § | of Tarrant County (153-258110-12) |
| v. | | |
| | § | July 3, 2013 |
| Elizabeth Drogseth | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's October 12, 2012 order denying D.R. Horton-Texas, Ltd.'s motion to compel arbitration is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Elizabeth Drogseth shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Sue Walker